# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOEY ADNEY, | Case No. 1:19-cv-00191-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 13) |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before October 28, 2019;

2. Defendant's opposition brief shall be filed on or before November 27, 2019; and

2. Plaintiff's reply, if any, shall be filed on or before December 12, 2019.

IT IS SO ORDERED.

Dated: **September 24, 2019**

UNITED STATES MAGISTRATE JUDGE

1