# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ADNEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00191-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 16, 17) |

Pursuant to the stipulation of the parties, Plaintiff's opening brief in this action was due on October 28, 2019. (ECF No. 14.) Plaintiff did not file a timely opening brief and on October 29, 2019, an order was filed requiring Plaintiff to show cause why this action should no be dismissed for failure to prosecute. (ECF No. 16.) On this same date, Plaintiff filed his opening brief. (ECF No. 15.) Plaintiff filed a response to the order to show cause on November 2, 2019. (ECF No. 17.)

Based on the response, the order to show shall be discharged. However, counsel is advised that while it is understandable that a family situation arose requiring her attention, the prudent course would be seek an extension of time, rather than to just disregard the deadline.

Accordingly, IT IS HEREBY ORDERED that the order to show cause, filed October 29, 2019 is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 4, 2019**

UNITED STATES MAGISTRATE JUDGE

1