# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ADNEY, | Case No. 1:19-cv-00191-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSIONOF TIME |
| v. | (ECF No. 19) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.     Defendant's response to Plaintiff's opening brief shall be filed on or before January 20, 2020; and

2.     Plaintiff's reply, if any, shall be filed on or before February 4, 2020.

IT IS SO ORDERED.

Dated:     **November 26, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1