# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ADNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00191-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 21) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before February 21, 2020; and
2. Plaintiff's reply, if any, shall be filed on or before March 9, 2020.

IT IS SO ORDERED.

Dated: **January 21, 2020**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE