# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ADNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00191-NONE-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 24) |

　　　　Defendant's responsive brief was due to be filed on February 21, 2020. (ECF No. 22.) On the day of the deadline, February 21, 2020, the parties filed a stipulation extending the deadline by only three days, until February 24, 2020. (ECF No. 24.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant's response to Plaintiff's opening brief shall be filed on or before February 24, 2020; and

　　　　2.　　Plaintiff's reply, if any, shall be filed on or before March 10, 2020.

IT IS SO ORDERED.

Dated:　**February 24, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1