# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ADNEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00191-NONE-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 25) |

Defendant's responsive brief was due to be filed on February 21, 2020. (ECF No. 22.) On the day of the deadline, February 21, 2020, the parties filed a stipulation extending the deadline by only three days, until February 24, 2020. (ECF No. 24.) On February 24, 2020, pursuant to the stipulation, the Court granted the request and extended the deadline. (ECF No. 26.) The same day, February 24, 2020, after the undersigned signed the order granting the extension, but prior to the order being entered on the docket, the parties filed another stipulation requesting a further extension of the deadline for another three days only, until February 27, 2020. (ECF No. 25.) Counsel states good cause exists because a wrist injury has continually caused significant pain and is preventing her from repetitively typing. Due to the injury, unanticipated leave, a heavy caseload, and shortened staff, counsel requests this additional time and apologizes for the belated request, stating she made the request as soon as reasonably practicable.

1

While the Court is sympathetic to the wrist injury and appreciates the effort to request the shortest extension possible, here the repeated requests within such a short period of time caused some unnecessary work on the part of the Court, and recommends that in the future counsel requests a somewhat more reasonable length of an extension given the foreseeable circumstances here. Nonetheless, the Court will grant the stipulated request for the short extension of time.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before February 27, 2020; and
2. Plaintiff's reply, if any, shall be filed on or before March 13, 2020.

IT IS SO ORDERED.

Dated: __**February 25, 2020**__

UNITED STATES MAGISTRATE JUDGE