# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ADNEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00191-NONE-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 28) |

    Pursuant to a stipulated extension for Plaintiff to file an opening brief, Defendant's brief was to be filed on November 27, 2019. (ECF No. 14.) On November 27, 2019, pursuant to a stipulated request, the Court granted an extension for Defendant to file the brief until January 20, 2020. (ECF Nos. 19, 20.) On January 17, 2020, the parties filed another stipulation for an extension for Defendant to file the brief, and on January 21, 2020, the Court granted the extension and Defendant's responsive brief was due to be filed on February 21, 2020. (ECF Nos. 21, 22.) On the day of the deadline, February 21, 2020, the parties filed a stipulation extending the deadline by only three days, until February 24, 2020. (ECF No. 24.) On February 24, 2020, pursuant to the stipulation, the Court granted the request and extended the deadline. (ECF No. 26.) The same day, February 24, 2020, after the undersigned signed the order granting the extension, but prior to the order being entered on the docket, the parties filed another stipulation requesting a further extension of the deadline for another three days only, until

1

1 | February 27, 2020.  (ECF No. 25.)  Counsel stated good cause existed because a wrist injury has
2 | continually caused significant pain, and due to the injury, unanticipated leave, a heavy caseload,
3 | and shortened staff, counsel requested the additional time and apologized for the belated request.
4 | On February 25, 2020, the Court granted the request, and stated that while the Court appreciated
5 | the effort to request the shortest extension possible, the repeated requests within a short amount
6 | of time cause unnecessary work for the Court and recommended in the future that counsel
7 | request a somewhat more reasonable extension given the foreseeable need for a further
8 | extension.  (ECF No. 27.)

9 | On February 27, 2020, the parties filed a stipulation to extend the deadline for Defendant
10 | to file the brief, again by only three days, until March 3, 2020.  (ECF No. 28.)  Counsel states
11 | good cause exists because counsel was out of the office due to ongoing health issues and had a
12 | dental emergency that she suffered on February 25, 2020, and is expected to be on leave the
13 | remainder of the week.  (Id.)

14 | The Court reminds the parties that due to the impact of social security cases on the
15 | Court's docket and the Court's desire to have cases decided in an expedient manner, requests for
16 | modification of the briefing scheduling will not routinely be granted and will only be granted
17 | upon a showing of good cause.  Further, requests to modify the briefing schedule that are made
18 | on the eve of a deadline or after will be looked upon with disfavor and may be denied absent
19 | good cause for the delay in seeking an extension.  If done after a deadline, the party seeking an
20 | extension must show additional good cause why the matter was filed late with the request for
21 | nunc pro tunc.  The Court shall grant the stipulated request and will afford Defendant a longer
22 | extension than requested with the hope that no other extension shall prove necessary.  The Court
23 | will be disinclined to entertain any further request absent a clear showing of good cause.
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

2

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before March 6, 2020; and
2. Plaintiff's reply, if any, shall be filed on or before March 23, 2020.

IT IS SO ORDERED.

Dated: **February 28, 2020**

UNITED STATES MAGISTRATE JUDGE