| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JOEY ADNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:19-cv-00191-NONE-SAB<br><br><u>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)</u><br><br>(Doc. No. 31) |

Plaintiff Joey Adney ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. (Doc. No. 1.) On March 12, 2020, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (Doc. No. 31.) Pursuant to the terms of the stipulation, upon remand to the agency, the Defendant shall conduct any necessary further proceedings and instruct the ALJ to: reevaluate the medical evidence and opinions regarding Plaintiff's impairments; reevaluate Plaintiff's alleged symptoms and residual functional capacity; evaluate any new medical evidence; take any further action needed to complete the administrative record; and resolve any remaining issues in the five-step sequential disability evaluation. (*Id.*)

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Joey Adney and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **March 16, 2020**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE