UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ADNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 1:19-cv-00191-DAD-SAB<br><br>ORDER GIVING EFFECT TO STIPULATION FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSICE ACT<br><br>(Doc. No. 37) |

　　　　On February 10, 2019, plaintiff Joey Adney filed this action seeking review of a final decision of defendant Andrew M. Saul, the Commissioner of Social Security. (Doc. No. 1.) On March 17, 2020, pursuant to the parties' stipulation, the matter was remanded to the Commissioner of Social Security for further proceedings pursuant to 42 U.S.C. § 405(g). (Doc. Nos. 31, 35.) On April 15, 2020, the parties filed a stipulation with the court agreeing that plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of $8,500.00. (Doc. No. 37.)

　　　　Good cause appearing, and pursuant to the parties' April 15, 2020 stipulation, the court orders as follows:

　　　　1.　　Pursuant to the EAJA, 28 U.S.C. § 2412(d), plaintiff is awarded attorney's fees in the amount of $8,500.00;

    2.    After the issuance of this order, the government shall consider the assignment of the EAJA attorney's fees to plaintiff's counsel, Jacqueline A. Forslund;

        a.    Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's ("the DOT") Offset Program;

        b.    If the DOT determines that plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made directly to plaintiff's counsel;

    3.    Whether the payment of attorney's fees is made payable to plaintiff or to his counsel, the check will be mailed to plaintiff's counsel's mailing address at: Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon 97707.

IT IS SO ORDERED.

Dated: **April 27, 2020**

                                      UNITED STATES DISTRICT JUDGE